# Register of Actions

Filed by Plaintiff/Petitioner  
Filed by Defendant/Respondent  
Filed by Court  

Case Number: 2018CV030037 ⊖  
Case Type: Personal Injury Motor Vehicle  
Case Caption: Cano, Francisca v. Browning, Jeremiah I et al  

Division: 4  
Judicial Officer: Todd L Taylor  
Court Location: Weld County  

| | Filing ID | Date Filed | Authorizer | Organization | Filing Party | | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | 01/18/2019 | N/A | N/A | N/A | JTRL Dispo - Trial Not Held | N/A | | |
| N/A | | 06/21/2018 12:00 AM | N/A | N/A | N/A | Case Closed - Transferred | N/A | | |
| | FB906EAADEB75 | 06/20/2018 4:56 PM | Michael T Sullivan, Justin Hans Zouski | Tucker Holmes PC | Arizona Automobile Insurance | Notice of Removal | Notice of Filing of Removal to Federal Court | Public | |
| N/A (Details) | | 05/29/2018 12:00 AM | Todd L Taylor | Weld County | N/A | Order | Pre-Trial Order (Jury Trial) | Public | |
| N/A (Details) | | 05/22/2018 11:19 AM | Todd L Taylor | Weld County | N/A | Order *(Related Document)* | Order Re: Stipulation for Dismissal With Prejudice | Public | |
| | 7D40C360ADAA8 | 05/21/2018 4:56 PM | Jacquelyn Booker | Sutton Booker PC | Jeremiah I Browning | Stipulation / Proposed Order *(Related Document)* | Stipulation for Dismissal / Order Re: Stipulation for Dismissal With Prejudice | Public / Public | |
| N/A (Details) | | 05/21/2018 3:34 PM | Todd L Taylor | Weld County | N/A | Order *(Related Document)* | Order Approving Proposed Case Management Order | Public | |
| N/A | | 05/17/2018 12:00 AM | N/A | N/A | N/A | Notice of Appearance | N/A | | |
| | 865755B3F250D | 05/16/2018 2:54 PM | Michael T Sullivan | Tucker Holmes PC | Arizona Automobile Insurance | Report | Defendant Arizona's Status Update | Public | |
| N/A (Details) | | 05/16/2018 9:54 AM | Todd L Taylor | Weld County | N/A | Order | Order Vacating Case Management Conference | Public | |
| | BBBA65A22B2BB | 05/15/2018 4:13 PM | Jennifer Torres | Franklin D Azar and Associates | Francisca Cano | Proposed Order - Case Management *(Related Document)* | Order - Case Management | Public | |
| N/A (Details) | | 05/15/2018 3:01 PM | Todd L Taylor | Weld County | N/A | Order *(Related Document)* | Order: Notice of Settlement | Public | |
| | BD2DCA844FAD7 | 05/15/2018 1:57 PM | Jacquelyn Booker | Sutton Booker PC | Jeremiah I Browning | Notice *(Related Document)* | Notice of Settlement | Public | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5B1BF1443807F | 05/02/2018 10:24 AM | Jennifer Torres | Franklin D Azar and Associates | Francisca Cano | Notice of Hearing | Notice of Case Management Conference | Public |
| | | | | | Notice of Hearing | Notice of Trial and Pretrial Readiness Conference | Public |
| A4E0A15EB2368 | 04/23/2018 1:01 PM | Jennifer Torres | Franklin D Azar and Associates | Francisca Cano | Notice | Notice to Set Trial | Public |
| 586A1D9A3CBA6 | 03/12/2018 1:52 PM | Jacquelyn Booker | Sutton Booker PC | Jeremiah I Browning | Answer w/Jury Demand | Answer | Public |
| 6789537478C9D | 03/06/2018 11:33 AM | Jennifer Torres | Franklin D Azar and Associates | Francisca Cano | Affidavit | Affidavit of Service of Arizona Automobile Insurance Company | Public |
| | | | | | Affidavit | Affidavit of Service on Jeremiah Browning | Public |
| N/A (Details) | 03/05/2018 4:09 PM | Todd L Taylor | Weld County | N/A | Order *(Related Document)* | Order re Unopposed Motion for Extension of Time for Jeremiah I. Browning to Respond to Plaintiff's Complaint | Public |
| 5709140754591 | 03/05/2018 1:23 PM | Jacquelyn Booker | Sutton Booker PC | Jeremiah I Browning | Motion | Unopposed Motion for Extension of Time for Jeremiah I. Browning to Respond to Plaintiff's Complaint | Public |
| | | | | | Proposed Order *(Related Document)* | Order re Unopposed Motion for Extension of Time for Jeremiah I. Browning to Respond to Plaintiff's Complaint | Public |
| F90874BDC0BF2 | 02/22/2018 4:28 PM | Michael T Sullivan | Tucker Holmes PC | Arizona Automobile Insurance | Answer w/Jury Demand | Defendant's Answer to Complaint and Jury Demand | Public |
| N/A (Details) | 01/16/2018 | Todd L Taylor | Weld County | N/A | Order - Case Management | Order - Case Management | Public |
| N/A | 01/16/2018 | N/A | N/A | N/A | ADR Order | N/A | |
| 4D22DE90F106D | 01/15/2018 8:46 AM | Jennifer Torres | Franklin D Azar and Associates | Francisca Cano | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | Summons | Summons 16-1 Does Not Apply | Public |
| | | | | | Summons | Summons | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Arizona Automobile Insurance | Defendant | Active | Justin Hans Zouski (Tucker Holmes PC) Michael Timothy Sullivan (Tucker Holmes PC) Dezarae Lacrue (Franklin D Azar and Associates) |

| | | | |
|---|---|---|---|
| Francisca Cano | Plaintiff | Active | Jennifer Torres (Franklin D Azar and Associates) |
| Jeremiah I Browning | Defendant | Dismissed | Jacquelyn Sue Booker (Sutton Booker PC) |