IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2018CV030037

DATE FILED: May 15, 2018 1:57 PM
FILING ID: BD2DCA844FAD7
CASE NUMBER: 2018CV30037

**FRANCISCA CANO**,

    Plaintiff,

v.

**JEREMIAH I. BROWNING, an individual, and ARIZONA AUTOMOBILE INSURANCE, a foreign corporation**,

    Defendants.

## NOTICE OF SETTLEMENT

Defendant, Jeremiah I. Browning, by and through his attorneys, Sutton | Booker | P.C., hereby submits the following: Notice of Settlement.  Plaintiff, Francisca Cano and Defendant Jeremiah I. Browning have reached an agreement for resolution and settlement of all claims asserted against Mr. Browning in this matter.

The parties are working to prepare formal settlement documents and a formal stipulation for dismissal with prejudice of claims against Mr. Browning, which will be filed no later than June 14, 2018.

Respectfully submitted this 15th day of May, 2018.

    */s/   Jacquelyn S. Booker*
    Debra K. Sutton
    Jacquelyn S. Booker
    Sutton | Booker | P.C.
    4949 S. Syracuse, Suite 520
    Denver, Colorado  80237
    Telephone:  303-730-6204
    Facsimile:  303-730-6208
    E-Mail:  dsutton@suttonbooker.com
    jbooker@suttonbooker.com
    ***Attorneys for Defendant,***
    ***Jeremiah I. Browning***

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2018, I electronically filed a true and correct copy of the above and foregoing Notice of Settlement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

DezaRae La Crue
Jennifer Torres
Franklin D. Azar & Associates, P.C.
14426 E. Evans Avenue
Aurora CO  80014
*Attorneys for Plaintiff*

Justin H. Zouski, Esq.
Michael T. Sullivan, Esq.
Tucker Holmes, P.C.
Quebec Centre II, Suite 300
7400 East Caley Avenue
Centennial CO  80111-6714
*Attorneys for Defendant Arizona Automobile Insurance*

*/s/   Sarah E. Anderson*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*