| | |
|---|---|
| **DISTRICT COURT, WELD COUNTY, COLORADO** <br> Court Address: <br> 915 10th Street, Greeley, CO, 80632 <br> **Plaintiff(s)** FRANCISCA CANO <br> v. <br> **Defendant(s)** JEREMIAH I BROWNING et al. | DATE FILED: May 15, 2018 3:01 PM <br> CASE NUMBER: 2018CV30037 <br><br> ⚠ **COURT USE ONLY** ⚠ <br> Case Number: 2018CV30037 <br> Division: 4         Courtroom: |
| **Order: Notice of Settlement** ||

The parties are ordered to submit a stipulated motion to dismiss by June 14; otherwise, they must submit a status report that explains why they need more time.

(Please note that this court is a district court for the State of Colorado, not the United States).

Issue Date: 5/15/2018

*[signature]*

TODD L TAYLOR
District Court Judge

1613-148