| | |
|---|---|
| **DISTRICT COURT, WELD COUNTY, COLORADO**<br><br>Court Address:<br>915 10th Street<br>PO Box 2038<br>Greeley, CO  80632 | |
| **Plaintiff**:  FRANCISCA CANO<br><br>v.<br><br>**Defendant**:   JEREMIAH I. BROWNING, an individual, and ARIZONA AUTOMOBILE INSURANCE, a foreign corporation | ▲   **COURT USE ONLY**   ▲ |
| Attorneys for Defendant, Arizona Automobile Insurance Company:<br>Justin H. Zouski, Esq., #41726<br>Michael T. Sullivan, Esq., #44657<br>TUCKER HOLMES, P.C.<br>Quebec Centre II, Suite 300<br>7400 East Caley Avenue<br>Centennial, CO  80111-6714<br>Phone:  (303) 694-9300<br>Fax:  (303) 694-9370   E-mail:  jhz@tucker-holmes.com<br>and mts@tucker-holmes.com | Case Number:   **2018CV30037**<br><br><br>Div.:  **4** |

## DEFENDANT ARIZONA'S STATUS UPDATE

The Defendant, Arizona Automobile Insurance Company, through its attorneys, Tucker Holmes, P.C. submits the following status update:

1. On May 15, 2018, Defendant Arizona and Plaintiff Cano submitted a proposed case management order, which requested that the Court dispense with the case management conference.

2. On May 15, 2018, Defendant Browning filed a notice of settlement.  The Court entered an order requiring the parties to file a stipulated motion to dismiss by June 14.

3. On May 16, 2018, the Court entered an order vacating the May 22, 2018 case management conference, citing the fact that the parties had reached a settlement.

4. While Defendant Browning and Plaintiff have reached a settlement, Defendant Arizona and Plaintiff have not reached a settlement.  Accordingly, Defendant Arizona wanted to

clarify any apparent confusion relative to the Notice of Settlement, and the Court's May 16, 2018 Order.

5. Consequently, Defendant Arizona requests that the Court enter the case management order submitted by it and Plaintiff.

6. If the Court wishes to conduct a case management conference, Defendant Arizona requests that the Court re-set or reinstate the May 22, 2018 Case Management Conference that was vacated this morning.

DATED:  May 16, 2018

Respectfully submitted,
*The duly signed original held in the file located at Tucker Holmes, P.C.*

By:   */s/ Michael T. Sullivan*
Justin H. Zouski, Esq., #41726
Michael T. Sullivan, Esq., 44657
*Attorneys for Defendant, Arizona Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **DEFENDANT ARIZONA'S STATUS UPDATE** was Filed and Served Electronically via Colorado Courts E-Filing, the duly signed original held in the file located at Tucker Holmes, P.C., on May 16, 2018, copies addressed to:

DezaRae D. LaCrue, Esq.
Jennifer Torres, Esq.
Franklin D. Azar & Associates, P.C.
14426 E. Evans Avenue
Aurora, CO  80014-1474

*The duly signed original held in the file located at Tucker Holmes, P.C.*

*/s/ Karin Lewis*
Karin Lewis