IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01554

FRANCISCA CANO,

    Plaintiff,

v.

JEREMIAH I. BROWNING, AN INDIVIDUAL, AND ARIZONA AUTOMOBILE INSURANCE, A FOREIGN CORPORATION,

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Francisco Cano, and the Defendant, Arizona Automobile Insurance, by and through their respective counsel, hereby stipulate and agree that the issues between Plaintiff and Defendant, Arizona Automobile Insurance may be dismissed with prejudice, each party to pay their own costs and attorney fees, and request that the Court enter an Order on the strength of this Stipulation in the form attached hereto.

Respectfully submitted this 18th day of July, 2018.

| | |
|---|---|
| *s/ Jennifer Torres* | *s/ Michael T. Sullivan* |
| DezaRae D. LaCrue, Esq. | Justin H. Zouski, Esq. |
| Jennifer Torres, Esq. | Michael T. Sullivan, Esq. |
| Franklin D. Azar & Associates, P.C. | TUCKER HOLMES, P.C. |
| 14426 E. Evans Avenue | Quebec Centre II, Suite 300 |
| Aurora, CO  80014-1474 | 7400 East Caley Avenue |
| Phone: (303) 757-3300 | Centennial, CO  80111-6714 |
| Fax:  (303) 757-3206 | Phone:  (303) 694-9300 |
| Email: LaCrued@fdazar.com | Fax:  (303) 694-9370 |
| Torresj@fdazar.com | E-mail:  jhz@tucker-holmes.com |
| *Attorneys for Plaintiff* | mts@tucker-holmes.com |
| | *Attorneys for Defendant Arizona Automobile Insurance* |